**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro Yliz AGUIRRE,**
**Defendant–Appellant.**

No. 10–50226.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Bruce R. Castetter, Matthew John Gardner, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Timothy Allen Scott, Law Offices of Timothy A. Scott, San Diego, CA, for Defendant–Appellant.

Alejandro Yliz Aguirre, San Diego, CA, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Alejandro Yliz Aguirre appeals from his conviction for various drug offenses. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aguirre contends that the district court's instruction to the grand jury violated the Fifth Amendment by improperly limiting the grand jury's discretion. This contention fails because the instructions here substantially mirrored those approved in *United States v. Cortez–Rivera,* 454 F.3d 1038, 1040 (9th Cir.2006), and *United States v. Navarro–Vargas,* 408 F.3d 1184 (9th Cir.2005) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.